**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Mr. Clayton-M. Bernard-Ex, | Case No. 2:21-cv-00100-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Jorge Pupo, et al., | |
| Defendants. | |

Plaintiff filed a motion requesting that the Court strike ECF No. 243-2 from the record, as it contains personal identifying information. ECF No. 247. He also requests sanctions against defendants pursuant to 28 U.S.C. § 1927. ECF No. 248.

The Court will not strike ECF 243-2. Instead, it will instruct the Clerk of Court to seal the attachment. In accordance with LR IC 6-1, the Court orders defendants to refile the attachment after having made appropriate redactions.

28 U.S.C. § 1927 provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

28 U.S.C. § 1927.

The Court does not find that defendants have unreasonably and vexatiously multiplied the proceedings in this case. As a result, the Court denies Plaintiff's motion. Accordingly,

**IT IS THEREFORE ORDERED** that ECF No. 247 is DENIED.

**IT IS FURTHER ORDERED** that ECF No. 248 is DENIED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall seal ECF No. 243-2.

1   **IT IS FURTHER ORDERED** that defendants must refile the attachment with
2 appropriate redactions by March 4, 2022.

4   DATED: February 25, 2022

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE